United States District Court
Southern District of Texas
**ENTERED**
February 14, 2025
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| IN RE SUNNOVA ENERGY INTERNATIONAL INC. DERIVATIVE LITIGATION | Case No. 4:24-cv-2294 |

## ORDER GRANTING JOINT STIPULATION STAYING PROCEEDINGS

The Parties' Joint Stipulation Staying Proceedings, (Dkt. 39), is granted. The above-captioned Consolidated Derivative Action is stayed on the following provisions:

1. The Consolidated Derivative Action will be temporarily stayed in its entirety (including all discovery) until twenty (20) days after the earlier of the following events: (a) the action *Trindade v. Sunnova Energy International Inc., et al,* Case No. 4:24-cv-00569 (S.D. Tex.) ("Securities Class Action") is dismissed in its entirety with prejudice; (b) the motion to dismiss in the Securities Class Action is denied; (c) a joint request by the Parties to lift this stay; or (d) notification that a related derivative action regarding the same or similar allegations as those made in the Consolidated Derivative Action is not stayed or is no longer stayed.

2. Notwithstanding the stay of this Consolidated Derivative Action, Plaintiffs may file an amended complaint; provided, however, Defendants will not be required to move, answer, plead, or otherwise respond to the complaint (or any amended complaint) during the pendency of the stay. Further amendments after the expiration of the stay will require leave of court or Defendants' consent.

3. The parties will meet and confer and then submit a proposed scheduling order to the Court within fourteen (14) days after the stay ends.

4. All deadlines, including Initial Pretrial and Scheduling Conference set for May 2, 2025, at 10:30 a.m., is adjourned *sine die*.

February 14, 2025
Date

                      Hon. Lee H. Rosenthal
                      Senior United States District Judge