United States District Court
Southern District of Texas
**ENTERED**
February 14, 2025
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| IN RE SUNNOVA ENERGY INTERNATIONAL INC. DERIVATIVE LITIGATION | Case No. 4:24-cv-2294 |

## ORDER ADMINISTRATIVELY CLOSING CASE

This case is stayed and administratively closed subject to the right of any party to move for reinstatement to the active docket within 20 days after the earlier of the events specified in the Order Granting the Joint Stipulation Staying the Proceedings.

February 14, 2025
Date

_Lee H. Rosenthal_
Hon. Lee H. Rosenthal
Senior United States District Judge