United States Courts
Southern District of Texas
FILED
**October 23, 2025**
Nathan Ochsner, Clerk of Court

The Honorable Keith P. Ellison

United States District Judge

United States District Court

Southern District of Texas

515 Rusk Street

Houston, TX 77002

Date: November 8, 2025

Re: In re Sunnova Energy International Inc., William J. Berger, and Robert L. Lane

Class Action & Bankruptcy-Related Proceedings

Case Nos.: 4:24-cv-02294; 4:25-ap-03423; Class Action Complaint Filed December 7, 2023

---

Dear Judge Ellison

I am writing regarding the ongoing securities class action and bankruptcy-related proceedings before this Court involving Sunnova Energy International Inc., William J. Berger, and Robert L. Lane.

As reflected in the filings (Ayers v. Sunnova Energy International, Inc. et al., Case No. 4:24-cv-02294; Weatherwax v. Sunnova Energy International Inc., Case No. 4:25-ap-03423), these cases highlight serious concerns about predatory business practices, misleading statements by corporate executives, and violations of federal securities laws under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5. The allegations further raise questions about the Department of Energy's $3 billion partial loan guarantee under Project Hestia, and whether misrepresentations harmed both investors and underserved communities.

In addition to these systemic violations, I respectfully bring to the Court's attention a direct case of fraudulent conduct and personal harm. On July 25, Sunnova Energy International placed a fraudulent lien on the home of my late father, Robbie Floyd Sr., valued at approximately $185,000, and wrongfully extracted $38,918. The stress from this predatory action contributed directly to his rapid health decline and untimely passing. Despite substantial federal support, the company has continued to exploit elderly and disabled individuals in underserved communities, including my family.

1

This misconduct has been unjust, harmful, and devastating. My father's passing left me to bear both the grief of loss and the financial burden caused by Sunnova's actions.

## Resolution Requested

I respectfully ask this Court to hold Sunnova Energy International Inc. accountable and grant the following relief:

1. The immediate return of $38,918 wrongfully taken under the fraudulent lien;
2. Compensation for mental anguish and damages in the amount of $135,000;
3. A total restitution of $173,918, payable to:

Robbie Floyd Jr.

c/o Bishop Derrick Hudlun

Elijah Worldwide Outreach 3.0

9500 Feathergrass Ln 120/115

Fort Worth, TX 76177

---

Conclusion

Your Honor, I respectfully urge the Court to weigh both the systemic misconduct alleged in the securities class action and the individual harm borne by my family. Public trust in the markets and in renewable energy initiatives depends on transparency, accountability, and justice for those affected by predatory practices.

Thank you for your time and consideration.

Respectfully submitted,

Elijah World Outreach 3.0
Robbie Floyd Jr.
c/o Bishop Derrick Hudlun – Elijah World Outreach 3.0
Sister Chunta Clark – Guardian
Bishop Derrick Hudlun


Rescue Lodge 20

Elijah World Outreach 3.0
1250 Featheegrass Ln 120-115
Fort Worth, TX 76177

Judge Keith P Ellison
United States District Judge
Southern District of Texas
515 Rusk St
Houston TX 77002

Nathan Oehener, Clerk of Court
United States Courts
Southern District of Texas
FILED
OCT 23 2025